**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

GREG C. NELSON,

        Petitioner,

vs.                                  CASE NO. 5:09cv378/RS-EMT

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

        Defendant.

_____/

## <u>ORDER</u>

Before me are the Magistrate Judge's Report and Recommendation (Doc. 28) and Petitioner's objections (Doc. 32). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1.     The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.     Respondent's Motion To Dismiss (Doc. 19) is **granted**, and the Petition for Writ Of Habeas Corpus (Doc. 1) is dismissed with prejudice because it is untimely.

3.     The clerk is directed to close the file.

**ORDERED** on December 3, 2010.


                  /S/ Richard Smoak_____
                  **RICHARD SMOAK**
                  **UNITED STATES DISTRICT JUDGE**