**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

GREG C. NELSON,

    Petitioner,

vs.                                                 CASE NO. 5:09cv378/RS-EMT

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Defendant.
_____/

## **ORDER**

    A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

    **ORDERED** on December 3, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK
                                                UNITED STATES DISTRICT JUDGE**